**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| BANK OF NEW YORK MELLON, | ) | Case No. 2:17-cv-01830-MMD-NJK |
|         Plaintiff(s), | ) | |
| | ) | ORDER |
| vs. | ) | |
| | ) | |
| RED ROCK COUNTRY CLUB HOMEOWNERS ASSOCIATION, et al., | ) | |
| | ) | |
|         Defendant(s). | ) | |

With good cause appearing, the Honorable Magistrate Judge Nancy J. Koppe recuses herself in this action. IT IS ORDERED that this action is referred to the Clerk for random reassignment of this case for all further proceedings.

DATED: July 5, 2017

_____
NANCY J. KOPPE
United States Magistrate Judge